# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSIE GASTELO et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-08986-JGB (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Sixth Amended Complaint, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After conducting a *de novo* review of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is ACCEPTED;
2. Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND with respect to:

|   |   |   |
|---|---|---|
| | a. | all of Plaintiff's claims against Defendants in their official capacities; |
| | b. | as to Defendants McQuaid and Fernandez in their individual capacities: Eighth Amendment deliberate indifference, Eighth Amendment cruel and unusual punishment, Fourteenth Amendment equal protection, Fourteenth Amendment substantive due process, and negligence; |
| | c. | as to Defendants Miller and Wallace in their individual capacities: Eighth Amendment deliberate indifference, Fourteenth Amendment equal protection, Fourteenth Amendment substantive due process, and negligence; and |
| | d. | as to Defendants Tanner, Venner, Masigman, and Mendez in their individual capacities: Fourteenth Amendment equal protection, Fourteenth Amendment substantive due process, negligence, and Eighth Amendment deliberate indifference for all allegations except that such Defendants were unqualified to treat Plaintiff on June 19, 2019. |
| 3. | | Plaintiff's Second Amended Complaint will PROCEED solely as to Plaintiff's claim for Eighth Amendment deliberate indifference against Defendants Tanner, Venner, Masigman, and Mendez on the allegations that such Defendants were unqualified to treat Plaintiff on June 19, 2019. |

DATED: June 17, 2021

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE