UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:19-cv-08986-JGB-MAA**                          Date:  **October 26, 2022**

Title    **Jimmie Carter v. J. Castelo et al**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**        **Order to Show Cause Regarding Plaintiff's Failure to File Monthly Status Report**

On April 13, 2022, in light of Plaintiff's medical circumstances and his inability to predict when he would be released from the hospital, the Court stayed the case until notification from Plaintiff that he has been released from the hospital.  (ECF No. 67.)  On June 6, 2022, the Court ordered Plaintiff to—on the first day of each month—file a monthly status report updating the Court regarding his recovery from surgery.  (ECF No. 69.)

Plaintiff's last filed a Status Report on August 29, 2022.  (ECF No. 72.)  Plaintiff failed to file a monthly Status Report on October 1, 2022.

Plaintiff is **ORDERED TO SHOW CAUSE** by **November 28, 2022** why the Court should not recommend that the lawsuit be dismissed for failure to prosecute and comply with a Court order. If Plaintiff files a Status Report on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* C.D. Cal. L.R. 41-1.

It is so ordered.