UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:19-cv-08986-JGB-MAA**                                       Date:  **January 6, 2023**

Title     **Jimmie Carter v. J. Castelo et al**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Regarding Plaintiff's Failure to File Monthly Status Report**

On April 13, 2022, in light of Plaintiff's medical circumstances and his inability to predict when he would be released from the hospital, the Court stayed the case until notification from Plaintiff that he has been released from the hospital. (ECF No. 67.) On June 6, 2022, the Court ordered Plaintiff to file a monthly status report on the first day of each month, updating the Court regarding his recovery from surgery. (ECF No. 69.)

Plaintiff's last filed a Status Report on August 29, 2022. (ECF No. 72.) As Plaintiff failed to file a Status Report on October 1, 2022, on October 26, 2022 the Court ordered Plaintiff to show cause by November 23, 2022 why the Court should not recommend that the lawsuit be dismissed for failure to prosecute and failure to comply with a Court order ("OSC"). (OSC, ECF No. 73.) The Court stated that if Plaintiff filed a Status Report on or before that date, the OSC would be discharged, and no additional action need be taken. (*Id.*) To date, Plaintiff has not filed a Status Report or otherwise responded to the OSC.

Although not obligated to do so, the Court *sua sponte* looked up Plaintiff on the California Department of Corrections and Rehabilitation's public online inmate locator ("CDCR Inmate Locator") (https://inmatelocator.cdcr.ca.gov/). The Court found that Plaintiff currently is not located at the prison listed on the docket. Plaintiff's address on the docket for this case is Valley State Prison. However, according to the CDCR Inmate Locator, Plaintiff's current location is California Health Care Facility – Stockton.

Central District of California Local Civil Rule 41-6 provides:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:19-cv-08986-JGB-MAA**                                                           Date:  **January 6, 2023**

Title    **Jimmie Carter v. J. Castelo et al**

number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

C.D. Cal. L.R. 41-6.

In light of the possibility that, due to this transfer to California Health Care Facility – Stockton, Plaintiff may not have received the OSC, the Court hereby **ORDERS** as follows:

(1) Plaintiff is ordered to file a notice of change of address with the Court as soon as possible.

(2) Plaintiff is ordered to show cause by **February 6, 2023** why the Court should not recommend that the lawsuit be dismissed for failure to prosecute and comply with a Court order.  If Plaintiff files a Status Report on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

(3) This one time only, the Clerk is directed to send a copy of this order to Plaintiff at both the address listed on the docket and also to California Health Care Facility – Stockton.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* C.D. Cal. L.R. 41-1.

It is so ordered.

cc:   Jimmie Carter
      D55422
      California Healthcare Facility – Stockton
      P.O. Box 213040
      Stockton, CA 95215